IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 07 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:20CR00018 LPR |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2252(a)(2) |
| NATHAN MOORE | ) | 18 U.S.C. § 2252(a)(4)(B) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 27, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

NATHAN MOORE,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### COUNT 2

On or about February 28, 2019, in the Eastern District of Arkansas, and elsewhere, the defendant,

NATHAN MOORE,

knowingly received any visual depiction, using any means or facility of interstate or foreign

commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about March 7, 2019, in the Eastern District of Arkansas, and elsewhere, the defendant,

## NATHAN MOORE,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## FORFEITURE ALLEGATION ONE

Upon conviction of any of the counts charged in Counts One through Three of this Indictment, the defendant, NATHAN MOORE, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)